```
 2  Name: SEAN P. PATTERSON, ESQ
 3  Address: 232 Court Street
 4           RENO, NEVADA 89501
 5
 6  Phone: (775) 786-1615
 7  Attorney for: DEBTOR        Bar Code: 5735
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE

CAROL A. SOUKUP

BK-N- 09-50083
Chapter 13
Trustee: Van Meter

_____ Debtor /

☒ CHANGE OF ADDRESS OF:
(☒) DEBTOR
( ) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

Name: Carol Soukup
430 Lake Street South #45
Kirkland WA 98033

Zip Code

DATED 11/25/09

Carol Soukup
SIGNATURE

Note: Please submit an Original and one copy for the record.